UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RYAN PHOTOGRAPHER, LLC,

                Plaintiff,        24-cv-5720 (JGK)

      - against -             ORDER

GINNEL ASSOCIATES, INC., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 29, 2024.

SO ORDERED.

Dated:    New York, New York
           October 15, 2024

                                              John G. Koeltl
                                     United States District Judge