UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDY RYAN PHOTOGRAPHER, LLC,
                Plaintiff(s)

        -against-

GINNEL ASSOCIATES, et al,
                Defendant(s).
-----------------------------------------------------------X

24 civ 5720 (JGK)

## ORDER

The conference scheduled for December 3, 2024, at 2:30pm is canceled.

**SO ORDERED.**

                                              /s/ John G. Koeltl
                                              JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        November 21, 2024