**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANDY RYAN PHOTOGRAPHER, LLC,

                    Plaintiff,

          -against-

GINNEL ASSOCIATES, INC., *et al.,*

                    Defendants.
------------------------------------------------------------------X

                                        **24 Civ. No. 5720 (JGK)**

                                        **<u>PRE-SETTLEMENT</u>**
                                       **<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **<u>Thursday, May 8, 2025 at 12:00 p.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 724 514 246#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to take place in June 2025**.**

      **SO ORDERED.**

DATED:    New York, New York
             April 14, 2025

                                         _____
                                         The Honorable Gary Stein
                                         United States Magistrate Judge